**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Bucky Gene YORK, Defendant— Appellant.**

No. 05–30309.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.*

Decided March 17, 2006.

Katherine Jill Bolton, Esq.,Office of the U.S. Attorney,Spokane, WA, for Plaintiff— Appellee.

John C. Perry, Esq., Spokane, WA, for Defendant—Appellants.

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Bucky Gene York appeals from his conviction for burglary of a United States Post Office, in violation of 18 U.S.C. § 2115, and theft of property used by postal services, in violation of 18 U.S.C. § 1707. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Appellant's motion for an extension of time to file the reply brief is granted. The Clerk shall file the reply brief received on January 5, 2006. The Clerk shall also file the declarations of court reporter Patricia Valero received on January 17, 2006 and February 14, 2006.

York contends that his Sixth Amendment right to confront witnesses was violated when a witness invoked the Fifth Amendment in response to one question posed during cross-examination. Because the testimony York sought to elicit pertained only to a collateral matter, York's rights were not violated. *See United States v. Wilmore,* 381 F.3d 868, 873 (9th Cir.2004).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.